217 So.2d 406

James ROSTEET et al.

v.

CITY OF LAKE CHARLES et al.

No. 49568.

Nov. 18, 1968.

In re: James Rosteet et al. applying for writs of certiorari, prohibition and mandamus. 215 So.2d 668.

Writs refused. We find no error in the ruling granting a suspensive appeal.

217 So.2d 406

Rosario A. NOTO, Individually and as the Administrator of the Estate of his minor child, Rosario R. Noto

v.

Louis W. CROWELL and New Orleans Public Service, Inc.

No. 49553.

Nov. 18, 1968.

In re: New Orleans Public Service, Inc., and Louis W. Crowell applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 215 So.2d 676.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.